# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129399

MARIO GATCHALIAN,
        Plaintiff-Appellant,

v

FELICIDAD GATCHALIAN,
        Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129399
COA: 262004
Kent CC: 77-032800-DM

_____/

      On order of the Court, the application for leave to appeal the July 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk

s0120